FILED
United States District Court
Albuquerque, New Mexico
Erik Paltrow
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

Plaintiff,

vs. No. 26-mj-1223 LF

JIMBOB KEMPH,

Defendant.

**ORDER EXCUSING FEDERAL PUBLIC DEFENDER AS COUNSEL**
(For Ruling Before a Magistrate)

THIS MATTER, having come before the Court on the Federal Public Defender's Motion for Leave to Withdraw as Counsel and the Court being fully advised in the premises;

IT IS THEREFORE ORDERED that the Federal Public Defender Organization is removed as counsel for Jimbob Kemph and is relieved of any further responsibility for representation of Mr. Kemph.

IT IS FURTHER ORDERED that the United States Magistrate shall appoint another attorney to represent Jimbob Kemph.

Jennifer M. Rozzoni

UNITED STATES MAGISTRATE JUDGE